# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

08 JUN 12 PM 2:41

VENUE: SAN FRANCISCO

E-filing

**CR 08 0393**

UNITED STATES OF AMERICA,

V.

**WHA**

DONTAE L. ALLEN

DEFENDANT(S).

---

## INDICTMENT

Title 18, United States Code, Section 922(g)(1) - Felon in Possession of a Firearm

Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Ammunition

_INDICT_

A true bill.

_____
Foreman

Filed in open court this __12__ day of _JUNE 2008_

_____
Clerk

Bail, $ _No bail warrant_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

08 JUN 12 PM 2: 45

### OFFENSE CHARGED

Felon in Possession of a Firearm, 18 U.S.C. §922(g)(1)

Felon in Possession of Ammunition, 18 U.S.C. §922(g)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ DONTAE L. ALLEN

**DISTRICT COURT NUMBER**
CR 08 0393 WHA

**PENALTY:**
As to each count: Not more than 10 yrs imprisonment, not more than $250,000 fine, 3 yrs supervised release, $100 special assessment.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ATF

☑ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  William Frentzen

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |

FILED
08 JUN 12 PM 2:41
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08  0393  WHA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition. |
| v. | ) | |
| DONTAE L. ALLEN, | ) | |
| Defendant. | ) | |

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE:

On or about May 28, 2008, in the Northern District of California, the defendant,

DONTAE L. ALLEN,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as: a CZ Model 24 or 26, 7.62 millimeter caliber automatic pistol, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

1  COUNT TWO:

2  On or about May 28, 2008, in the Northern District of California, the defendant,

3  DONTAE L. ALLEN,

4  having previously been convicted of a crime punishable by a term of imprisonment exceeding

5  one year, did knowingly possess ammunition, described as: twenty-eight "RP" 9 millimeter

6  caliber rounds, in and affecting interstate commerce, in violation of Title 18, United States Code,

7  Section 922(g)(1).

9  DATED:                                              A TRUE BILL.

10    6-12-08

11                                                     FOREPERSON

13  JOSEPH P. RUSSONIELLO
    United States Attorney

16  BRIAN J. STRETCH
    Chief, Criminal Division

19  (Approved as to form: _____
                           AUSA William Frentzen

INDICTMENT                                  2