IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DONTAE L. ALLEN,<br><br>    Defendant.<br>_____/ | No. CR 08-00393 WHA<br><br>**CLERK'S NOTICE<br>RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the status/trial setting hearing previously set for July 22, 2008 at 2:00 p.m. has been rescheduled for **July 22, 2008 at 1:30 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:  July 2, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup