**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 22, 2008

Case No.:  CR 08-0393 WHA
            CR 05-0363 WHA

Title:  UNITED STATES -v- DONTAE L. ALLEN (custody)

Appearances:
    For the Government:  William Frentzen

    For the Defendant(s):  Dan Blank

Interpreter: n/a                    Probation Officer: Cheryl Simone

Deputy Clerk:  Dawn Toland          Court Reporter:  Debra Pas

**PROCEEDINGS**

1)   Trial Setting - HELD

2)   

Case continued to  7/25/08 at 1:15 pm   for Change of Plea

Time Excluded:   **Begins:**            **Ends:**

**ORDERED AFTER HEARING:**

Defendant began to enter an open guilty plea, but stopped in order to have an opportunity to speak with his attorney regarding the possible term of imprisonment. Defendant believes the penalty can only be imposed on one of the two-counts. Parties shall brief the issue before the next hearing.

The supervised release violation(s) charged in case CR05-0363 WHA shall be addressed at the next hearing, as well.