UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 25, 2008

Case No.:  CR 08-0393 WHA
           CR 05-0363 WHA

Title:  UNITED STATES -v- DONTAE L. ALLEN (custody)

Appearances:
    For the Government: William Frentzen

    For the Defendant(s): Dan Blank

Interpreter: n/a                    Probation Officer: Mark Messner

Deputy Clerk: Dawn Toland           Court Reporter: Kathy Powell

## PROCEEDINGS

1)  Change of Plea - HELD

2)  Supervised Release Violation - HELD

Case continued to  10/14/08 at 2:00 pm  for Sentencing

**ORDERED AFTER HEARING:**

Defendant confirmed that he has discussed the sentencing issue with his attorney and is ready to proceed with the change of plea.

Application for Permission to Enter an Open Guilty Plea submitted. Defendant entered guilty pleas to counts one and two of the Indictment in CR08-0393 WHA and admitted charges 1, 2, 3, and 4 of the Form 12 in CR05-0363 WHA. Both cases are referred to Probation for preparation of a presentence report.